AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

FACEBOOK SUBJECT ACCOUNT DESCRIBED IN ATTACHMENT A

Case No. 2:20-cr-354

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See attachment A

located in the _____ District of   South Carolina  , there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession with Intent to Distribute Heroin |
| 21 USC 846 | Conspiracy to Possess With Intent to Distribute Heroin |
| 21 USC 843 | Use of a Communication Device in Furtherance of drug trafficking |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
TFO Jonathan Hoff
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 6, 2020

City and state:  Charleston, South Carolina

Bristow Marchant, Magistrate Judge
*Printed name and title*